Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM WASSERMEYER,

* See 215 App. Div. 857.— [REP.

Appellant, v. R. HOE & Co. and Another, Respondents.— Order and decision unanimously affirmed.